**Opinion issued March 24, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00556-CV

————————————

**EARL DIETRICH, IAN KNIGHT, J.J. LEAL, SHANNON MCLEOD, AND FRONTIER MWD SYSTEMS, LLC, Appellants**

**V.**

**WEATHERFORD INTERNATIONAL, LLC AND WEATHERFORD, U.S., L.P., Appellees**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-25169**

## MEMORANDUM OPINION

The parties, representing that all issues have been settled and that they agree the appeal should be dismissed, have filed a joint motion to dismiss the appeal. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we reinstate the appeal, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a); 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Hightower.